## CERTIFICATE OF SERVICE

### *Lund's Fisheries, Inc. v. United States of America, et al.*

### CIT Case No. 1:26-cv-1546

Pursuant to U.S. Court of International Trade Rule 4(b) and (h), I hereby certify that on March 6, 2026, I caused to be served a copy of the Summons, Complaint, Form 5, and Form 13 by certified mail, return receipt requested, upon the following:

Attorney-In-Charge
International Trade Field Office
Commercial Litigation Branch
U.S. Department of Justice
26 Federal Plaza
New York, NY 10278

Attorney-In-Charge
Commercial Litigation Branch
U.S. Department of Justice
1100 L Street, NW
Washington, DC 20530

Attorney-In-Charge
Office of Chief Counsel
U.S. Customs and Border Protection
1300 Pennsylvania Ave., NW
Washington, DC 20229

/s/ Clarence J. Erickson
    Clarence J. Erickson
Cowan, Liebowitz & Latman, P.C.
114 West 47th Street
21st Floor
New York, NY 10036
(212) 790-9257
cje@cll.com

*Attorneys for Plaintiff*